IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TERRY LEE HENDRICK JR.

        Plaintiff,

v.

TRANS UNION, LLC et al.,

        Defendants.

CIVIL ACTION
NO. 15-3331

## ORDER

**AND NOW**, this 1st day of October 2015, it is **ORDERED** that the **PRETRIAL CONFERENCE** is rescheduled to **October 6, 2015** at **4:30 p.m.** in room 13614, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.